## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### (*Miami Division*)
### www.flsd.uscourts.gov

| | |
|---|---|
| SUNTRUST MORTGAGE, INC. | CASE NO.: 14-CV-21030-KMM |
|       Plaintiff, | |
| v. | |
| ATTORNEYS' TITLE INSURANCE FUND, INC.; DARLENE FERNANDEZ CARUS; MARIA T. LOPEZ; FERNANDEZ CARUS P.A.; and MARIA T. LOPEZ, P.A. | |
|       Defendants. _____/ | |

## SUNTRUST MORTGAGE, INC.'S MOTION FOR DEFAULT FINAL JUDGMENT AGAINST DEFENDANT MARIA T. LOPEZ

Plaintiff, SUNTRUST MORTGAGE, INC. ("SunTrust"), by and through undersigned counsel, hereby seeks entry of default final judgment pursuant to Rule 55(b), F.R.C.P., against Defendant Maria T. Lopez ("Lopez") as to Counts XXIV, XXV, XXVI, and XXVII of the Complaint [ECF 1], and in support thereof states as follows:

1. SunTrust initiated the instant action by filing the Complaint [ECF 1] on March 20, 2014.

2. On March 26, 2014, the Complaint was served on Defendant Lopez in accordance with Rule 4(e)(2)(B), F.R.C.P., by leaving a copy of the Summons and Complaint at her dwelling or usual place of abode with Oscar Lopez, her co-resident there. *See* ECF 11.

3. The Summons and Complaint were also served in accordance with Florida Statute section 48.031, and therefore in compliance with Rule 4(e)(1), F.R.C.P.

4. Lopez's response was due by April 16, 2014.

5. Lopez has failed to file any response by April 16, 2014, and has also failed to file any pleading as of the date of this filing.

**CASE NO.: 14-CV-21030-KMM**

6. On August 1, 2014, SunTrust filed a Motion for Default Against Defendant Maria T. Lopez [ECF 51], and a Clerk's Default was entered on August 4, 2014 [ECF 52].

7. SunTrust hereby moves for entry of Default Final Judgment against Lopez as to Count XXIV (Fraudulent Inducement), Count XXV (Fraud), Count XXVI (Negligent Misrepresentation), and Count XXVII (Unjust Enrichment) of the Complaint.

8. Damages suffered by SunTrust as a result of Lopez's actions are detailed in the Affidavit of SunTrust Mortgage, attached hereto as Exhibit "A."

WHEREFORE, Plaintiff, SunTrust Mortgage, Inc. respectfully requests this Court enter a default final judgment against Defendant Maria T. Lopez as to Counts XXIV, XXV, XXVI and XXVII of the Complaint in the amount of $880,858.22.

Respectfully submitted,

**LIEBLER, GONZALEZ & PORTUONDO**
Attorneys for SunTrust Mortgage, Inc.
Courthouse Tower- 25th Floor
44 West Flagler Street
Miami, FL   33130
Telephone:   (305) 379-0400
Service E-mail:   service@lgplaw.com


By:   /s/ Frank P. Cuneo
       FRANK P. CUNEO, ESQ.
       Florida Bar No. 123188
       JACOB E. MITRANI
       Florida Bar No. 715581

CASE NO.: 14-CV-21030-KMM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of August, 2014, a true and correct copy of the foregoing has been sent via electronic mail in accordance with the agreement of the parties, to all parties on the attached Service List.

/s/ Frank P. Cuneo
FRANK P. CUNEO

## SERVICE LIST
*(CASE NO.: 14-CV-21030-MOORE/MCALILEY)*

Leonard C. Atkins, IV
Jacquin P. Gilchrist
COHEN RUIZ P.A.
*Attorneys for Defendant, Attorneys' Title Insurance Fund, Inc.*
201 S. Biscayne Blvd., Ste. 850
Miami, FL   33131-2310
Service e-mail:   litigation@crpa-service.com

Aaron P. Davis
Barry L. Davis
THORNTON, DAVIS & FEIN, P.A.
*Attorneys for Defendants, Darlene Fernandez Carus and Fernandez Carus, P.A.*
80 SW Eighth Street, Suite 2900
Miami, Florida 33130
E-Mail: adavis@tdflaw.com